1  Douglas R. Thorn (CA Bar No. 133521)
   THORN LAW FIRM
2  Olympus Corporate Center
   3017 Douglas Boulevard, Suite 300
3  Roseville, California 95661
   Telephone – (916) 768-9311
4  Email – doug@thornlawfirm.org

5  Attorneys for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>　　　Plaintiffs,<br><br>v.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Rafael Altamirano; and Doe 51 through 100,<br><br>　　　Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>AMENDED PETITION TO APPOINT GUARDIAN AD LITEM FOR MINORS; ORDER |

Petitioners allege:

　　1.　　Petitioners are minor siblings. VJM and GRM are 15-year-old paternal twins; ARM is three years old; and EVM is 2 years old.

　　2.　　Petitioners have no general guardian and have not previously been denied the appointment of a guardian ad litem in this case.

　　3.　　JESSICA MARTINEZ is the biological mother of the minors. She resides in the City of Sacramento in this judicial district. Her mailing address is

C/O her attorney, Douglas R. Thorn, Thorn Law Firm, Olympus Corporate Center, 3017 Douglas Boulevard, Suite 300, Roseville, CA 95661.  Ms. Martinez is a competent and responsible adult who is willing to act as the guardian ad litem for the minors in this case. The minors' interests are the highest priority and concern of Ms. Martinez.

4. The minors require the appointment of a guardian ad litem to prosecute the Complaint for damages for violation of their civil rights, which was filed concurrently with the original petition.

WHEREFORE, Ms. Martinez and Petitioners move the Court for an order appointing JESSICA MARTINEZ as the guardian ad litem to prosecute the minors' claims for relief against the defendants.

November 1, 2016

*/s/ Douglas R. Thorn*

Douglas R. Thorn
Attorney for Plaintiffs

CONSENT TO APPOINTMENT

I, Jessica Martinez, consent to act as the guardian ad litem for my minor children in this case.

November 1, 2016

See Document No. 6 for Signature

Jessica Martinez

ORDER

The Amended Petition for an order appointing Jessica Martinez as guardian ad litem for Petitioners is GRANTED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge

2
AMENDED PETITION TO APPOINT GUARDIUAN AD LITEM