IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MARTINEZ, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF WEST SACRAMENTO, *et al.*,<br><br>                Defendants. | Case No. 2:16-CV-02566-TLN-EFB<br><br>**ORDER ENLARGING TIME FOR DEFENDANT DANIEL T. ZWICKY TO RESPOND TO THE COMPLAINT** |

The United States of America applied *ex parte* to enlarge time for Defendant Daniel T. Zwicky to respond to the Complaint. Having considered the application, and good cause being shown,

IT IS HEREBY ORDERED that Defendant Zwicky shall have up to and including February 28, 2017, to respond to the Complaint. This deadline may be enlarged further depending on whether and when Plaintiffs comply with Federal Rule of Civil Procedure 4(i). *See* Fed. R. Civ. P. 12(a)(2), (3).

Dated: December 28, 2016

_____
Troy L. Nunley
United States District Judge

1