UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>    Plaintiffs,<br><br>v.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Rafael Altamirano; and Doe 51 through 100,<br><br>    Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO ENLARGE TIME AND ORDER THE U.S. MARSHALS SERVICE TO SERVE PROCESS ON DEFENDANT ALTAMIRANO |

The Court has considered the plaintiffs' ex parte application to enlarge time to serve defendant Altamirano with process and to order the United States Marshals service to effect the service of process on defendant Altamirano, and good cause appearing, hereby GRANTS the application. The United States Marshals service is hereby ordered to effect service of process on defendant Rafael Altamirano.

IT IS SO ORDERED

Dated: February 8, 2017

Troy L. Nunley
United States District Judge