PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF WEST SACRAMENTO; et al.,<br><br>　　　　Defendants. | CASE NO.  2:16-cv-02566-TLN-EFB<br><br>**STIPULATION AND ORDER SETTING TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), the United States and Defendant Dan T. Zwicky (the Federal Defendants), by and through their counsel of record Gregory T. Broderick, Assistant United States Attorney, and Plaintiffs Sonny Martinez, Joann Ramirez, and Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM (collectively, the Parties), by and through their counsel of record, stipulate and agree to an initial extension of time of 30 days in which to respond to the Complaint, up to and including March 30, 2017.  At present, the date service was complete is unclear and Plaintiff and the Federal Defendants are attempting to determine whether they may reach a more efficient resolution of this dispute.  Rather than litigate this matter at this time, the Parties request this extension to determine whether they can complete their agreement-in-principle to narrow this dispute, which would be more efficient for the Court and for all involved.  Therefore, the Parties submit that there is good cause to grant this extension of time to conserve their resources, and this Court's resources.

**Stip. and Order re Responsive Pleading for Federal Defendants**　　　　　　　　　　　　　　　　　1

1  RESPECTFULLY SUBMITTED,

2  DATED:  February 23, 2017

3  By: */s/ Douglas R. Thorn (authorized 02/23/2017)*
    DOUGLAS R. THORN
    Attorney for Plaintiffs

4

5  DATED:  February 23, 2017        PHILLIP A. TALBERT
    United States Attorney

6

7  By: */s/ Gregory T. Broderick*
    GREGORY T. BRODERICK
8      Assistant United States Attorney

1  **IT IS SO ORDERED**.

2  DATED:  February 24, 2017

3  _____
   Troy L. Nunley
4  United States District Judge