Douglas R. Thorn (CA Bar No. 133521)
THORN LAW FIRM
Olympus Corporate Center
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone – (916) 768-9311
Email – doug@thornlawfirm.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>    Plaintiffs,<br><br>v.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Rafael Altamirano; and Doe 51 through 100,<br><br>    Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS BY THE UNITED STATES AND DEFENDANT ZWICKY |

    The attorneys for Plaintiffs and defendants the United States and Zwicky stipulate through their attorneys of record to continue the hearing on the Dan Zwicky's Motion to Dismiss (Document 43) and the United States' Motion to Dismiss (Document 44) from the Court's law and motion calendar at 2:00 p.m. on Thursday, May 4, 2017, to the Court's law and motion calendar at 2:00 p.m. on

Thursday, June 1, 2017.  Opposition to the Motions may be filed on or before May 4, 2017, and Replies may be filed on or before May 18, 2017.

      AGREED

April 11, 2017                    */s/ Douglas R. Thorn*
                                   Douglas R. Thorn
                                   Attorney for Plaintiffs

April 11, 2017                    */s/ Gregory Broderick*
                                   Gregory Broderick
                                   Assistant U.S. Attorney
                                   Attorney for the United States and Dan Zwicky

**ORDER**

The Court approves of the stipulation, and the stipulation shall become the order of the Court.

IT IS ORDERED

April 12, 2017

                                   Troy L. Nunley
                                   United States District Judge