Douglas R. Thorn (CA Bar No. 133521)
THORN LAW FIRM
Olympus Corporate Center
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone – (916) 768-9311
Email – doug@thornlawfirm.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>    Plaintiffs,<br><br>v.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Rafael Altamirano; and Doe 51 through 100,<br><br>    Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>STIPULATION AND ORDER TO CHANGE BRIEFING SCHEDULE |

The attorneys for Plaintiffs and defendants the United States and Zwicky stipulate through their attorneys of record to change the briefing schedule on Dan Zwicky's Motion to Dismiss (Document 43) and the United States' Motion to Dismiss (Document 44). Plaintiffs oppostion to the motions is currently due at midnight tonight, May 4, 2017, and reply briefs are currently due at midnight on May 18, 2017. Counsel for Defendant Zwicky and United States has graciously

agreed to ceed some of his time for prearing reply briefs back to Plainitffs to complete their oppostion to the motions so the hearing date can remain on the Court's law and motion calender for 2:00 p.m. on June 1, 2017. The parteis therefore stipualte to extend the deadline for Plainitffs to file their opposition to the motions through Monday, May 8, 2017 at 9:00 a.m.

AGREED

May 4, 2017

*/s/ Douglas R. Thorn*
Douglas R. Thorn
Attorney for Plaintiffs

May 4, 2017

*/s/ Gregory Broderick*
Gregory Broderick
Assistant U.S. Attorney
Attorney for the United States and Dan Zwicky

## ORDER

The Court approves of the stipulation, and the stipulation shall become the order of the Court.

IT IS ORDERED

Dated: May 4, 2017

Troy L. Nunley
United States District Judge