1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:     joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile:  (916) 554-2900

6  Attorneys for Defendant
   DANIEL T. ZWICKY

7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  SONNY MARTINEZ, *et al.*,          Case No. 2:16-CV-02566-TLN-EFB

12              Plaintiffs,            **STIPULATION AND ORDER RE:
                                       DEFENDANT DANIEL T. ZWICKY'S
13         v.                          RESPONSE TO PLAINTIFFS' AMENDED
                                       PLEADING**
14  CITY OF WEST SACRAMENTO, *et al.*,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant Daniel T. Zwicky, and subject to Court approval, that Defendant Zwicky shall not be required to file an Answer or other responsive pleading at this time. Plaintiffs and Defendant Zwicky shall file a stipulation and proposed order on or before March 6, 2019, regarding the timing of Defendant Zwicky's Answer or other responsive pleading. The reasons for this stipulation are as follows:

1.      On March 30, 2017, Defendant Zwicky moved to dismiss the original Complaint.

2.      On October 27, 2017, Plaintiffs moved to amend the Complaint and lodged a proposed First Amended Complaint ("FAC").

3.      On February 5, 2019, the Court granted in part and denied in part Plaintiffs' motion to amend, and denied Defendant Zwicky's motion to dismiss as moot. The Court granted Plaintiffs 30 days to file any additional motion to amend.

4.      Plaintiffs are still considering whether to file an additional motion to amend regarding the claims alleged against Defendant Zwicky. Plaintiffs anticipate that they will make a determination on or before March 6, 2019.

///
///
///
///
///
///
///
///
///
///
///
///
///

5.    Whether Plaintiffs file an additional motion to amend or proceed with the FAC (as modified by the Court's Order, ECF No. 69), Plaintiffs will provide Defendant Zwicky with at least 30 days to file a response after they make their determination.

Dated: February 20, 2019                              MCGREGOR W. SCOTT
                                                      United States Attorney


                                          By:    /s/  *Joseph B. Frueh*
                                                 JOSEPH B. FRUEH
                                                 Assistant United States Attorney

                                                 Attorneys for Defendant
                                                 DANIEL T. ZWICKY


Dated: February 20, 2019                              THORN LAW FIRM


                                          By:    /s/  *Douglas R. Thorn*          (authorized 2/20/2019)
                                                 DOUGLAS R. THORN

                                                 Attorney for Plaintiffs


**IT IS SO ORDERED**

Dated: February 26, 2019




                                                 Troy L. Nunley
                                                 United States District Judge