LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for City of West Sacramento;
West Sacramento Police Department;
Jason M. Winger; David M. Stallions;
Michael Duggins; Kenneth E. Fellows;
Carl J. Crouch; Eric M. Palmer;
Matthew S. Luiz; Louis Cameron;
David Delaini

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; David Delaini; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Yolo County; Yolo County District Attorney; Attorney Robert A. Gorman; Attorney Ryan J. Couzens; Doe 51 through 75; Rafael Altamirano; Doe 76 through 100,<br><br>　　　　　　Defendants. | **Case No.: 2:16-CV-02566-TLN-EFB**<br><br>**ORDER RE WEST SACRAMENTO DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>FAC filed:　　　　　　　　2/7/19<br>Current response due:　　　2/21/19<br>Requested new response time:　3/14/19 |

**WEST SACRAMENTO DEFENDANTS' EX PARTE APPLICATION FOR AN INITIAL EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; DECLARATION OF AMANDA L. MCDERMOTT IN SUPPORT THEREOF; ORDER**　　　　　　　　　　　　　　　　　　　　Page 1

# ORDER

Having reviewed and considered the West Sacramento Defendants' *Ex Parte* Application and Plaintiffs' Opposition thereto, the Court finds good cause to GRANT the application. The Court notes with disapproval defense counsel's apparent failure to follow through on various proposed stipulations with Plaintiffs' counsel. However, the Court does not find the extension is being sought for an improper purpose. Moreover, the procedural posture of the case and the interest of judicial economy provide good cause for the requested extension.

IT IS HEREBY ORDERED THAT the West Sacramento Defendants shall have an extension of twenty-one (21) days from the present deadline of February 21, 2019, to respond to Plaintiffs' First Amended Complaint. Based thereon, the West Sacramento Defendants shall submit their responsive pleading not later than March 14, 2019.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Troy L. Nunley
United States District Judge