1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   DANIEL T. ZWICKY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MARTINEZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF WEST SACRAMENTO, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-CV-02566-TLN-EFB<br><br>**STIPULATION AND ORDER RE: DEFENDANT DANIEL T. ZWICKY'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND THE FIRST AMENDED COMPLAINT** |

# STIPULATION AND ORDER

Pursuant the Court's Orders dated February 26 and February 28, 2019 (ECF Nos. 82, 88), IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant Daniel T. Zwicky, that Plaintiffs shall file their Motion to Amend the First Amended Complaint on or before March 14, 2019, to be heard on May 16, 2019. Defendant Zwicky's response to Plaintiffs' Motion to Amend the First Amended Complaint shall be filed on or before May 2, 2019.

Dated: March 6, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
DANIEL T. ZWICKY

Dated: March 6, 2019

THORN LAW FIRM

By: /s/ *Douglas S. Thorn* (authorized 3/5/2019)
DOUGLAS R. THORN

Attorney for Plaintiffs

**IT IS SO ORDERED**

Dated: March 7, 2019

Troy L. Nunley
United States District Judge

STIP. & ORDER RE: DEF. ZWICKY'S RESP.
TO PLS.' MOT. TO AMEND THE FIRST. AM. COMPL.

1