1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   DANIEL T. ZWICKY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MARTINEZ, *et al.*, | Case No. 2:16-CV-02566-TLN-EFB |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING DEFENDANT DANIEL T. ZWICKY'S RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| v. | |
| CITY OF WEST SACRAMENTO, *et al.*, | |
| Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant Daniel T. Zwicky, and subject to Court approval, that Defendant Zwicky shall file his response to the Second Amended Complaint (ECF No. 116) on or before December 9, 2019, and agrees to accommodate Plaintiffs' counsel's schedule such that no oppositions are due the within seven days on either side of Christmas and Plaintiffs will have at least two weeks between due dates for opposing any motions to dismiss the Second Amended Complaint.

Dated: October 31, 2019          McGREGOR W. SCOTT
United States Attorney

By:    /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
DANIEL T. ZWICKY

Dated: October 31, 2019          THORN LAW FIRM

By:    /s/ *Douglas R. Thorn* (authorized 10/31/2019)
DOUGLAS R. THORN

Attorney for Plaintiffs

**IT IS SO ORDERED**

Dated: October 31, 2019

Troy L. Nunley
United States District Judge