1 | **Douglas Robert Thorn** (SBN 133521)
2 | **THORN** | **LAW FIRM**
  | 1380 Lead Hill Boulevard
3 | First Floor, Suite 106
  | Roseville, California 95661
4 | (916) 768-9311

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; David Delani; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Yolo County; Attorney Robert A. Gorman; Attorney Ryan J. Couzens; Yolo County Doe 51 through 75; Rafael Altamirano; and Doe 76 through 100,<br><br>　　　　Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>STIPULATION AND ORDER TO CONTINUNE MOTION HEARING |

1

Plaintiffs and the City of Stockton defendants (other than defendant Zwciky) agree as follows:

1. Plaintiffs' counsel asked for a stipulation to enlarge time to brief and hear the motion to dismiss filed by the City of Stockton defendants (except for Zwicky) due to his recent health issue and hospitalization.

2. Plaintiffs' counsel and counsel for the moving parties agree to enlarge time as continue the hearing on the motion as follows:

Opposition to Motion due 12/05/2019

Reply to Opposition due  12/12/2019

Hearing continued to 12/19/2019

SO STIPULATED

Respectfully submitted November 15, 2019,

*/s/ Douglas R. Thorn*

**Douglas Robert Thorn (SBN 133521)**
**THORN | LAW FIRM**
**1380 Lead Hill Boulevard**
**First Floor, Suite 106**
**Roseville, California 95661**
**(916) 768-9311**
**Attorneys for Plaintiffs**

Respectfully submitted November 15, 2019,

*/s/ Jamil R. Ghannam*
Jamil R. Ghannam
Deputy City Attorney
City of Stockton
Attorney for Moving Parties

## ORDER

The Court has considered the stipulation of the parties and finds good cause to adopt the stipulation as the order of the Court. The new briefing and hearing schedule is as follows:

Opposition to Motion due December 5, 2019.

Reply to Opposition due December 12, 2019.

Hearing continued to December 19, 2019 at 2:00 PM.

DATED: November 15, 2019

Honorable Troy L. Nunley
United States District Court Judge

1