1  **Douglas Robert Thorn** (SBN 133521)
   **THORN | LAW FIRM**
2  **1380 Lead Hill Boulevard**
   **First Floor, Suite 106**
3  **Roseville, California 95661**
   **(916) 768-9311**
4

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez; Jessica Martinez, individually and as the mother and Guardian Ad Litem for minors VJM, GRM, ARM, and EVM; and Joann Ramirez,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>City of West Sacramento; West Sacramento Police Department; Jason M. Winger; David M. Stallions; Michael Duggins; Kenneth E. Fellows; Carl J. Crouch; Eric M. Palmer; Matthew S. Luiz; Louis Cameron; David Delani; West Sacramento Doe 1 through 25; City of Stockton; Stockton Police Department; Dan T. Zwicky; Stockton Doe 26 through 50; Yolo County; Attorney Robert A. Gorman; Attorney Ryan J. Couzens; Yolo County Doe 51 through 75; Rafael Altamirano; and Doe 76 through 100,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>STIPULATION AND ORDER RE LAW AND MOTION BRIEFING SCHEDULE |

STIPULATION AND PROPOSED ORDER

Counsel for the parties stipulate and agree to the following law and motion briefing schedule for the motions to dismiss to be filed in response to Plaintiffs' Second Amended Complaint:

| | |
|---|---|
| Motion Filing Deadline | 12/16/2019 |
| Oppositions Filed | 01/30/2020 |
| Replies Filed | 02/06/2020 |
| Hearing Date | 02/20/2020 |

The Stockton defendants motion will be briefed under a different schedule per the Court's November 15, 2019 order (Document 123), but the City of Stockton defendants stipulate to continue the hearing on their motion to 02/20/2020 in the event the Court wants to take oral argument on the motions.

*/s/ Douglas Robert Thorn*

November 19, 2019  Douglas Robert Thorn
  Attorney for Plaintiffs

*/s/ Jamil R. Ghannam*

November 19, 2019  Jamil R. Ghannam
  Attorney for City of Stockton defendants

*/s/ Joseph B. Frueh*

November 19, 2019  Joseph B. Frueh
  Attorney for defendant Zwicky

*/s/ Derick E. Konz*

November 19, 2019  Derick E. Konz
  Attorney for Yolo County defendants

November 19, 2019

*/s/ John A. Lavra*

John A. Lavra
Attorney for City of West Sacramento defendants

ORDER

The Court has considered the stipulation of the parties and finds good cause to adopt the stipulation as the order of the Court. The new briefing and hearing schedule is as follows:

    Motion Filing Deadline    12/16/2019

    Oppositions Filed    01/30/2020

    Replies Filed    02/06/2020

    Hearing Date    02/20/2020 at 2:00 PM.

The City of Stockton's pending motion is continued to 02/20/2020.

SO ORDERED.

DATED: November 19, 2019

_____
Troy L. Nunley
United States District Judge