JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMIL R. GHANNAM, Deputy City Attorney
State Bar No. 300730
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON and STOCKTON POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SONNY MARTINEZ; JESSICA MARTINEZ, individually and as the mother and Guardian ad Litem for minors VJM, GRM, ARM, and EVM; and JOANN RAMIREZ, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF WEST SACRAMENTO, et al., <br><br>Defendants. | Case No. 2:16-CV-02566-TLN-EFB <br><br>**STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE AS TO THE CITY OF STOCKTON'S MOTION TO DISMISS** <br>**[Doc. Nos. 123 and 125]** |
|---|---|

On November 15, 2019 this Court ordered that the hearing on City of Stockton's Motion to Dismiss the Second Amended Complaint (Doc. 121) be continued to December 19, 2019; that opposition papers be due December 5, 2019; and, that reply papers be due on December 12, 2019. (See Doc. 123.) Thereafter, Plaintiffs and the City of Stockton stipulated to continue the hearing date only as to the City's Rule 12 Motion to Dismiss to February 20, 2020. (See Doc. 125.)

On November 27, 2019, Plaintiffs' counsel Douglas Thorn contacted the undersigned and informed of a utility services pole fall/failure at his home-office. It has been represented by Plaintiffs' counsel that he is without power and is working with his insurance on getting necessary repairs done so as to commence work again. In light of this unforeseen occurrence and in an effort to avoid any prejudice to the parties, the City of Stockton and Plaintiffs' counsel have

1

stipulated to continue the briefing schedule as to the City of Stockton's Rule 12 Motion to Dismiss to coincide with the briefing schedule assigned to the remaining parties. (See Doc. 125.)

The undersigned parties thus stipulate and request that the Court modify its orders at Doc. Nos. 123 and 125 as follows:

Opposition by Plaintiffs, if any, to the City of Stockton's Rule 12 (Doc. 121) shall be filed on or before January 30, 2020;

Reply by the City, if necessary, shall be filed on or before February 6, 2020; and,

The hearing date shall remain the same as previously ordered, February 20, 2020, 2:00 p.m., Courtroom 2, 15th Floor, before Hon. Nunley.

**IT IS SO STIPULATED.**

Dated: December 2, 2019        JOHN M. LUEBBERKE
                               CITY ATTORNEY


                               BY  */s/ Jamil R. Ghannam*
                                   JAMIL R. GHANNAM
                                   DEPUTY CITY ATTORNEY

                                   Attorneys for Defendants
                                   CITY OF STOCKTON and
                                   STOCKTON POLICE DEPARTMENT


Dated: December 2, 2019        DOUGLAS THORN

                               BY  */s/ Douglas Thorn*[1]
                                   DOUGLAS THORN

                                   Attorneys for Plaintiffs

---

[1] E-signature affixed as authorized by counsel for Plaintiffs, Douglas Thorn, on December 2, 2019.

2

STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE AS TO THE CITY OF STOCKTON'S MOTION TO DISMISS
[Doc. Nos. 123 and 125]

**ORDER**

The Court, pursuant to the parties' stipulation, hereby modifies its orders at Doc. Nos. 123 and 125 as follows:

Opposition by Plaintiffs, if any, to the City of Stockton's Rule 12 (Doc. 121) shall be filed on or before January 30, 2020;

Reply by the City, if necessary, shall be filed on or before February 6, 2020; and,

The hearing date shall remain the same as previously ordered, February 20, 2020, 2:00 p.m., Courtroom 2, 15th Floor, before Hon. Nunley.

**IT IS SO ORDERED.**

Dated: December 2, 2019

Troy L. Nunley
United States District Judge

3

STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE AS TO THE CITY OF STOCKTON'S MOTION TO DISMISS
[Doc. Nos. 123 and 125]