**THORN LAW FIRM**

**Douglas R. Thorn** (133521)
1380 Lead Hill Boulevard
First Floor, Suite 106
Roseville, California 95661
Telephone (916) 768-9311
Email Address doug@dougthorn.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonny Martinez, et al<br><br>Plaintiff,<br><br>v.<br><br>City of West Sacramento, et al,<br><br>Defendants. | Case No. 2:16-cv-02566-TLN-EFB<br><br>EX PARTE APPLICATION FOR LEAVE TO FILE LATE OPPOSITION AND **ORDER**<br><br>Date:  May 14, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |

**ORDER**

I, Douglas R. Thorn, declare:

1. I am moving ex parte for leave to file a late opposition. I worked on the brief most and research most of the day yesterday, April 30, 2020, and into the night. At around 11:00 p.m. I made a mistake saving and closing several windows to clear my screens and saved over the file containing the main part of my brief. I did not want to wait until the following day to redo the work and began rewriting the brief right away while I had the material out and in mind. I did not finish the brief and this declaration until approximately 5:30 a.m. today, May 1, 2020. I apologize for the late filing and any inconvenience it may have caused the Court or moving parties.

2. I did not seek a stipulation because it is before business hours and I wanted to get the application on file immediately.

**THORN LAW FIRM**

May 1, 2020            /s/ Douglas R. Thorn
                       _____
                       Douglas R. Thorn
                       Attorneys for Plaintiffs

**ORDER**

The Court has considered the ex parte application for leave to file a late opposition and, good cause appearing, the application is granted.

DATED: May 1, 2020

_____
Troy L. Nunley
United States District Judge

ORDER